# STATE OF TENNESSEE, COUNTY OF MONTGOMERY

**To Any Lawful Officer To Execute and Return:**

**CIVIL SUMMONS**

Summon each Defendant to appear before the Judge of the General Sessions Court of Montgomery County, on **February 6**, 20 **19**. To be held on the 2nd floor of the Courts Center located at 2 Millennium Plaza in Clarksville, then and there to answer in a civil action brought by the Plaintiff(s) for VIOLATION of the FAIR CREDIT REPORT ACT 611 (a)(7) AND VIOLATION of the 609 FAIR CREDIT REPORTING ACT

Under $ SUING FOR $ 25,000

**JUDGMENT**

Judgment for _____
against _____
for $ _____ plus interest at the rate of _____ % and cost of suit, for which execution may issue.

Judgment entered by: ☐ Default  ☐ Agreement  ☐ Trial

Dismissed: ☐ Without Prejudice  ☐ With Prejudice

Costs taxed to: ☐ Plaintiff  ☐ Defendant

Defendant(s) _____ in court and admitted to jurisdiction of court. This the _____ day of _____, 20 ____.

_____
Judge

**ORDER**

_____
_____
_____
_____
_____
_____

This the _____ day of _____, 20 ____.

_____
Judge

If you have a disability and require assistance, please contact 931-920-1844

Case # MCGSCV GS·2019·CV·149

RON WASHINGTON
_____ **Plaintiff**
1492 Mutual Dr Clarksville TN 37042
_____ **Address**
931 494 7888
_____ **Phone**

vs.

EQUIFAX
_____ **Defendant**
P.O. Box 740256, ATLANTA GA 30374
888-548-7878
_____ **Address**

_____ **Defendant**

_____ **Address**

**CIVIL SUMMONS**
**Court of General Sessions**
**Cheryl J. Castle, Clerk**

Issued _____ 1|9_____, 20 19.
By A Jarman , **Deputy Clerk**
Set for February 6, 2019 at 9:00am
2 Millennium Plaza Suite 115, Clarksville, TN 37040

Reset for _____

Served Upon  ☐ All Named Defendants
                    ☐ All Defendants

Except: _____

I Ron Washington served Equifax on
Served JAN 19, 2019 Certified mail, 20 ___

**Sheriff/Constable (Process Server)**

Ron Washington
**Attorney for Plaintiff**
Telephone 931.494.7888

**Attorney for Defendant**
Telephone _____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

EQuiFAX          William Allen
P.O. Box740256   JAN 1 9 2019
ATLANTA GA 30374

9590 9402 3307 7196 5697 54

Article Number *(Transfer from service label)*

7018 0680 0001 2928 7175

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

William Allen
JAN 1 9 2019
JAN 1 9 2019

3. Service Type                        □ Priority Mail Express®
□ Adult Signature                      □ Registered Mail™
□ Adult Signature Restricted Delivery  ☑ Registered Mail Restricted
□ Certified Mail®                        Delivery
□ Certified Mail Restricted Delivery   ☑ Return Receipt for
□ Collect on Delivery                     Merchandise
□ Collect on Delivery Restricted Delivery  □ Signature Confirmation™
□ Insured Mail                         □ Signature Confirmation
□ Insured Mail Restricted Delivery        Restricted Delivery
  (over $500)

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 3307 7196 5697 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ron Washington
1492 Mutual DR
Clarksville TN 37042

Exhibit N

RON WASHINGTON
1492 MUTUAL DR
CLARKSVILLE, TN 37042
EQUIFAX
P.O. BOX 740256
ATLANTA GA 30374
9 JAN 2019
RE: SOCIAL SECURITY NUMBER ████-2156

To Whom it May Concern:

This letter is my **final communication** in regarding the inaccurate entry being reported under
Public records for a bankruptcy reported by Federal Court in the file you maintain under my
social security number, also an inaccurate entry being reported for collection from Just Military
L(Monterey Collection).

I have **repeatedly** asked for evidence to support your reporting, for the public record bankruptcy
reporting I sent you a letter dated Nov 16, 2016( See attachment)  which was posted marked
Nov 23 2018, then I sent another certified letter dated 6 Dec 2018(see attachment), which
William Allen signed for the letter on Dec 19, 2018. Both documentation I requested that you
validate the information on the public record bankruptcy, I asked you to provide me with copies
of any documentation bearing my signature, I asked if that your company could not provide such
documents to delete this entry from my credit report, I further sent you a letter from the court
stating that they do not report to the credit bureau ( see attachment), I further filed a complaint
with Consumer Financial Protection Bureau  which was a negative response, I also further
stated that I do no consent to e-Oscar or any means of automated verification, which in return
your company stated to me that the results of their investigation was verified by **Lexis-Nexis,**
the entry on my credit report states that Federal Court furnish the information, which that is false
information (see letter from court). In the letter signed for on 19 Dec 2018 I stated that I again
repeated asked for evidence to support your company reporting, again your company is yet to
provide me with copy of any  viable evidence submitted by Federal Court substantiating their
claims, furthermore I  asked for your method of verification and your company have not
complied, which is in ADDITIONAL violation of the Fair Credit Reporting Act 611 (a)(7), I also
asked for names, address and phone number of each person contacted about this account and
yet again your company failed to provide all the above request.

For the inaccurate entry being reported under my social security for collections from Just Military
L, I sent a certified letter signed for on 23 Dec 2018 by Kevin Carvatt, in that letter I provide a
copy of a letter from the collection agency showing that my account number was
████████B-078( see attachment) and that your company has the the account number listed
under my social security for this collection as ████8078, which is inaccurate. According to
FCRA any item on my credit report must be removed if it is inaccurate, which I showed that this
account number for this collection was inaccurate and your company willfully, intentionally,

deliberately, violated law of FCRA, in the attached letter signed for 23 Dec 2018, I challenged the inaccurate account number, I asked your company to delete the entry off of my credit report which they fail to do, which again is in violation of FCRA SECTION 609

Given that I believe you are acting in bad faith, and have not complied with the Fair Credit Reporting Act 611(a)(7) and section 609 of the Fair Credit Reporting Act, I have filed a Small Claims lawsuit against your company( see attached lawsuit)

I have maintained careful records of your actions, and you are now required to appear at **Montgomery Co General Sessions Court, 2 Millennium Plaza, Clarksville Tn 37040, court date 6 Feb 2019 at 9 am phone number (931) 648-5700**

I am seeking $25,000 for intentionally, grossly, willfully, deliberately, consciously, egregiously, maliciously and recklessly violated the laws of FCRA, Defamation and Negligent Enablement of Identity Fraud,

Prior to our court date on Feb 6, 2019 if you should decide to correct both items on my credit report and remove the negative and false items in questions, please contact me at the address below, and I will subsequently withdraw the lawsuit.

My contact information is as follows:

Ron Washington
███-2156
1492 Mutual Dr
Clarksville Tn 37042

Cc: Consumer Financial Protection Bureau
Cc: Attorney General Office
Cc: Better Business Bureau

# STATE OF TENNESSEE, COUNTY OF MONTGOMERY

**CIVIL SUMMONS**

**To Any Lawful Officer To Execute and Return:**

Summon each Defendant to appear before the Judge of the General Sessions Court of Montgomery County, on _February 6_, 20 _19_. To be held on the 2nd floor of the Courts Center located at 2 Millennium Plaza in Clarksville, then and there to answer in a civil action brought by the Plaintiff(s) for _Violation of the Fair Credit Reporting Act 611(a)(7) And violation of the 609 Fair Credit Reporting Act_

Under $ _Suing for $25,000_

---

**JUDGMENT**

Judgment for _P/a_ / _Def_
against
for $ _25,000_ plus interest at the rate of _____ % and cost of suit, for which execution may issue.

Judgment entered by: ☒ Default ☐ Agreement ☐ Trial

Dismissed: ☐ Without Prejudice ☐ With Prejudice

Costs taxed to: ☐ Plaintiff ☐ Defendant

Defendant(s) _____ in court and admitted to jurisdiction of court. This the _____ day of _____, 20 ___.

_____
Judge

---

**ORDER**

This the _____ day of _____, 20 ___.

_____
Judge

---

**Case #** MCGSCV GS-2019-CV-149

Ron Washington
**Plaintiff**
1492 Mutual Dr Clarksville TN 37042
**Address**
931 494 7888
**Phone**

vs.

Equifax
**Defendant**
P.O. Box 740256, Atlanta GA 30374
**Address**
888-548-7878
**Defendant**
_____
**Address**

**CIVIL SUMMONS**
**Court of General Sessions**
Cheryl J. Castle, Clerk

**Issued** 1|9, 20 19
**By** A Jarman **Deputy Clerk**
**Set for** February 6, 2019 at 9:00am
2 Millennium Plaza Suite 115, Clarksville, TN 37040
**Reset for** 3/13/19 JC

**Served Upon** ☐ All Named Defendants ☐ All Defendants
**Except:** _____

Ron Washington Serves Equifax on
**Served** Jan 11, 2019 / Certified mail, 20 ___

_____
**Sheriff/Constable (Process Server)**
Ron Washington
**Attorney for Plaintiff**
**Telephone** 931-494-7888

**Attorney for Defendant**
**Telephone** _____

---

**If you have a disability and require assistance, please contact 931-920-1844**

RON WASHINGTON

1492 MUTUAL DR, CLARKSVILLE TN 37042

EQUIFAX

P.O BOX 740256

ATLANTA, GA 30374

Nov 16, 2018

SSN ███-2156

To Whom It May Concern:

I have recently been informed that there is negative information reported by Federal Court in the file you maintain under my Social Security number. Upon reviewing a copy of my credit report, I see an entry listing Chapter 13 Bankruptcy in 12/2012.

I challenge the accuracy, compliance and reportability of this listing.

Please validate this information with Federal Court and provide me with copies of any documentation associated with this account, bearing my signature. In the absence of any such documentation bearing my signature, I formally request that this information be immediately deleted from the credit file you maintain under my Social Security number.

Please note that you have 30 days to complete this investigation, as per the Fair Credit Reporting Act Section 611(a)(1)(A), and I am keeping careful records of your actions, including your Method of Verification. I do not consent to e-Oscar or any means of automated verification.

Failure to respond satisfactorily within 30 days of receipt of this certified letter may result in small claims legal action against your company at my local venue. I would be seeking a minimum of $1,000 in damages per violation for:

*Defamation
*Negligent Enablement of Identity Fraud

*Violation of the Fair Credit Reporting Act

My contact information is as follows:

Ron Washington

1492 Mutual Dr, Clarksville TN 37042

█████-2156

P.S.  please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action. I am also including a copy of my complaint to the organization below:

CC: Consumer Financial Protection Bureau
CC: Attorney General Office
CC: Better Business Bureau

RON WASHINGTON
1492 MUTUAL DR
EQUIFAX
P.O. BOX 740256
ATLANTA GA 30374
6 DEC 2018
RE: SOCIAL SECURITY NUMBER ███-2156

To Whom It May Concern:

This letter in response to your claim that FEDERAL COURT has verified that the account they are reporting under my name is accurate.

Be advised that the description of the procedure used to determine the accuracy and completeness of the information is hereby requested, to be provided within fifteen (15) days of completion of your re-investigation.

Additionally, please provide the name, address and telephone number of each person contacted regarding this alleged account. I am formally requesting a copy of any documents provided bearing my signature, showing that I have a legally binding contractual obligation to show that I have filed a chapter 13 bankruptcy or to pay them the exact amount claimed.

Any automated response or e-Oscar verification is unacceptable. I am requesting a reinvestigation AND your METHOD OF VERIFICATION.

Be aware that I am making a final goodwill attempt to have you clear up this matter. The listed item is entirely inaccurate and incomplete, and represents a very serious error in your reporting.

I am maintaining a careful record of my communication with you for the purpose of filing a complaint with the Consumer Financial Protection Bureau and the Attorney General's office, should you continue in your non-compliance. I further remind you that, as in Wenger v. Trans Union Corp., No 95-6445(C.D.Cal. Nov 14, 1995), you may be liable for your willful non-compliance

Failure to respond satisfactorily within 30 days of receipt of this certified letter may result in a small claims action against your company, seeking $1,000 per violation for:

*Defamation
*Negligent Enablement of Identity Fraud
*Violations of the Fair Credit Reporting Act

My contact information is as follows:

Ron Washington
█████2156
1492 Mutual Dr
Clarksville, TN 37042

P.S. please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

Cc:Consumer Financial Protection Bureau
Cc: Attorney General's Office
Cc: Better Business Bureau

OFFICE OF THE CLERK
MATTHEW T. LOUGHNEY

MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY RM 170
NASHVILLE, TN 37203

(615) 736-5584

November 19, 2018

Ron Washington
1492 Mutual Drive
Clarksville, TN 37042

RE:  **RON S WASHINGTON, SR**
     **CHERYL L WASHINGTON**
     Bankruptcy Case Number: 3:12-bk-11035
     Bankruptcy Case Filing Date: 12/03/2012
     Credit Report Inquiry

Dear Mr. Wasington,

     All bankruptcy case filings appear for 7-10 years from the date the case was filed on a credit report. Federal Law 15 U.S.C. §1681c, "Requirements relating to information contained in consumer reports," provides information regarding bankruptcy cases and what can be disclosed."

     Bankruptcy records are public records, and all information contained in them can be retrieved by anyone, including credit reporting agencies. The U.S. Bankruptcy Court is not responsible for credit reports. Any disputes with a credit agency must be resolved by the debtor and that agency.

     If you wish to obtain a copy of documents filed in your case you may set up an account with www.pacer.gov, or you may come to our office at the address indicated above. If you come to our office for copies, the price varies. If you print the documents, it is $0.10 per page. If the Clerk prints the documents, it is $0.50 per page. The Clerk accepts exact cash, cashier's check or money order. Cashier's checks and money orders must be made payable to U.S. Bankruptcy Court.

     The following is additional information you requested from the public record: [insert]. If you have any further questions, please feel free to contact us at 615-736-5584.

Thank you,

Intake Department



*866-749-5191*
*qpl #5*

# EQUIFAX

## CREDIT FILE : December 20, 2018
## Confirmation # 8354043737

00000563 F0ECA122118062401000001000000
002715656-3110
RON SHAR WASHINGTON
1492 MUTUAL DR
CLARKSVILLE, TN 37042-7089

P. O. Box 105518
Atlanta, GA 30348

Dear RON SHAR WASHINGTON:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

* We request that the reporting company verify the accuracy of the information you disputed;

* We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

* We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

* You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
* You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
* You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.ai.equifax.com/CreditInvestigation/home.action. You may also mail your documents to PO Box 740256, Atlanta GA 30348 or contact us by calling a Customer Representative at (888) 425-7961 from 9:00 a.m. to 5:00 p.m. Monday - Friday in your time zone.
* You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.



### How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

---

### The Results Of Our Reinvestigation

**>>> We have reviewed your concerns and our conclusions are:**
A discharged chapter 13 bankruptcy remains on the credit file for seven years from the date filed.

#### Public Record Information

*This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis.*



LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

https://equifaxconsumers.lexisnexis.com

**>>> The Information you disputed has been received. Case or ID # - 1211035 The results are:** This bankruptcy is currently reporting as discharged. If you have additional questions about this item please contact: *TN FED Bk CT-Nashville, 701 Broadway Ste 160, Nashville TN 37203-3934 Phone: (615) 736-5584*

---

**US Bankruptcy Court-Nashville    701 BROADWAY STE 160 NASHVILLE, TN 37203-3934 : (615) 736-5584**

| Case or ID # | | Disposition | Date Filed | | | Type | Filer | Current Disposition |
|---|---|---|---|---|---|---|---|---|
| 1211035 | | Wage Earner Plan Filed | 12/2012 | | | Personal | Joint | Discharged CH-13 |
| Asset Amount | Exempt Amount | | Current Disposition Date | Date Verified | Date Reported | Prior Disposition | | |
| | | | 12/07/2018 | 12/01/2018 | 12/07/2018 | CH-13 Filed | | |

---

( Continued On Next Page )

Case 3:19-cv-00154    Document 1-1    Filed 02/15/19    Page 12 of 21 PageID #: 15
Page 3 of 4

8354043737APPLADM-002715656- 3110 - 6753

Ron Washington
1492 Mutual Dr,
Clarksville TN, 37042
Equifax
P.O. Box 740256
Atlanta, Ga 30374
19 Dec 2018

RE: Social Security Number: ███-2156

To Whom It May Concern,

I am sending this correspondence via certified letter to your company to inform you that your company are not reporting 100% accuracy to my credit report as per Section 609 of the Fair Credit Reporting Act. I have a right to an accurate credit report, and only complete and accurate information should appear on my credit report. I am writing to inform you that missing or incomplete information is on my credit report for Monterey Collections Services. I am challenging that the account number on my credit report under my social security number for the above collection company is missing and/or incomplete information.

Attached you will find a letter from the above collection company on their company letterhead which states that my account number is ████████8078 and your company are reporting the account number as ██████8078

According to FTC opinion states by not reporting the entire account number, then your company are not reporting 100% accurate information as required by section 609 of the Fair Credit Reporting Act.

I am writing to challenge the reporting and compliance on an account with Monterey Collections Services that is being reported on my credit report with incorrect/missing information, please verify this information by looking at the account number on the attached letter from the above collection company to the account number your company have reported on my credit report for this company.

More specifically, I am referencing the fact that you are reporting an incorrect, inaccurate, wrong account number.

Your improper procedures are highly damaging to my credit score. Please immediately delete this item. If you failed to remove the item in question you will be willfully violating the Fair Credit Reporting Act.

Exhibit F

If you continue in your non-compliance, I further remind you that as in Wenger v Trans Union Corp No 95-6445 (C.D. Cal. Nov 14, 1995) you may be liable for your willful non- compliance.

My contact information is as follows:

Ron Washington
█████-2156
1492 Mutual Dr
Clarksville TN 37042

Cc: Consumer Financial Protection Bureau
Cc: Attorney General's Office
Cc: Better Business Bureau

Monterey Collections
4095 Avenida de la Plata
Oceanside, Ca. 92056

TELEPHONE: (877) 775-3091
FAX: (760) 639-3541

Monterey Financial Services, LLC

# THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

Ron Washington
1492 Mutual Dr
Clarksville, TN 37042

December 13, 2018

Contract# 55048022
Account# 1████████8078

Ron Washington,

In response to your correspondence received, please note that per the FDCPA, you had 30 days from the date you were notified by Monterey Collections that your account had been placed with Monterey Collections, to request to dispute this debt. As a courtesy please find enclosed the necessary proof of debt that you requested. This is the second time that this information has been sent to you. Any future requests for the same information will not be responded to. It is your responsibility to contact our office at the toll-free number above to discuss resolution.

Upon contact on the 31st of October 2018 your account was initially marked as a disputed account. While the account has been marked as disputed, this defaulted contract balance for Just Military Loans remains due. Call our office today to set up the necessary arrangements to satisfy your obligation to the contract.

Trusting this is satisfactory,


Tore Washington
Collections Representative
Monterey Collection Services
877-775-3091 x1625


This is an attempt to collect a debt. Any information obtained will be used for that purpose.

4095 Avenida De La Plata • Oceanside, CA 92056 • P.O. Box 5199, Oceanside, CA 92052
(760) 639-3500 • Fax (760) 639-3541
Web Site: www.montereyfinancial.com

Case 3:19-cv-00154    Document 1-1    Filed 02/15/19    Page 15 of 21 PageID #: 18

Exhibit 6

# EQUIFAX



**CREDIT FILE : December 6, 2018**

**Confirmation # 8340017855**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

**Please address all future correspondence to:**

Name On File:       Ron Shar Washington Sr
Social Security #    XXX-XX-2156    Date of Birth: ███████ 1973
Current Address:    1492 Mutual Dr, Clarksville, TN  37042  Reported: 12/2018
**ALERT(s):    Fraud Alert**

 www.investigate.equifax.com

Equifax Information Services LLC
PO Box 105285
Atlanta GA 30348

(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.



Contact Information:  Expiration Date: 02/14/2019 ; Date Reported: 11/16/2018 ;

**Public Record Information**

*This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis.*

*LexisNexis Consumer Center*
*P.O. Box 105615*
*Atlanta, GA 30348-5108*

*https://equifaxconsumers.lexisnexis.com*

Wage Earner Plan Filed 12/2012; US Bankruptcy Court-Nashville; Case or ID # - 1211035; Type - Personal; Filer - Joint; Current Disposition - Discharged CH-13; Current Disposition Date 12/04/2018; Date Reported 12/04/2018; Prior Disposition - CH-13 Filed; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; **Address:** 701 BROADWAY STE 160  NASHVILLE, TN 37203-3934 : (615) 736-5584

**Collection Agency Information**   *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Monterey Collection Services;  Collection Reported 11/2018; Assigned 06/2017; Creditor Class - Financial; Original Creditor - Just Military Loans; Amount - $1,213 ; Status as of 11/2018 - Unpaid; Date of 1st Delinquency 10/2016; Balance as of 11/2018 - $2,719 ; Individual Account; Account # - ████8078; ADDITIONAL INFORMATION - Consumer Disputes This Account Information;   **Address:** 4095 Avenida De La Plata  Oceanside CA 92056-5802 : (619) 599-1616

Exhibit H

( Continued On Next Page )

8340017855SB6-002714728- 1632 - 3237 - ASD

## Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

---

**Andrews FCU**   5711 Allentown Rd Suitland MD 20746-4547 : (301) 702-5500

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| ******* | | 03/01/2009 | $40,282 | | 84M | Monthly | 28 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2011 | $0 | | 06/2011 | | $678 | | 06/2011 | | | | | | 06/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;  ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

---

**Andrews FCU**   5711 Allentown Rd Suitland MD 20746-4547 : (301) 702-5500

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| | | 03/01/2009 | $6,640 | | 66M | Monthly | 16 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | $0 | | 06/2010 | | $126 | | 06/2010 | | | | | | 06/2010 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;  ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;





https://outlook.live.com/mail/inbox/id/AQMkADAwATE2ZTkwLWZjZjMtNTUAYzctMDACLTAwCgBGAAADzZvlrQfWuUyvF7Tb5vrLgAcAF%2BC1T2EXB...    1/1



::: Outlook    🔍 Search

≡  + New message

↩ Reply ∨   🗑 Delete   🗄 Archive   ⊘ Junk ∨   🧹 Sweep   ▥ Move to ∨   ⊘ Categ⁞

The company has responded to your complaint.

Inbox          5
Junk Email    1025
Drafts
Sent Items
Scheduled
Deleted Items  4
Archive
  CHERYLS
  Conversation Hist...
  Outbox_0
  School Info
  New folder

C   CFPB <noreply-notice@cfpb.gov>
    Mon 1/28/2019 4:03 PM
    You ⌄

**cfpb**   Consumer Financial
          Protection Bureau

# The company has respond
# complaint.

01/28/2019

Hello,

Thank you for your complaint 181127-3654897 about EQUIFAX,.

When we received your complaint, we forwarded it to the company for respo
We appreciate your participation in the complaint process. The CFPB has clos

**How can I see the company's response?**

You can log in to your Consumer Portal to review the company's response on
[portal.consumerfinance.gov/consumer/s/]https://portal.consumerfinance.g
or "click" the button to the right. You can also review the company's respons
with someone, just call us at (855) 411-2372, 8 a.m. – 8 p.m. EST, Monday-Fri

**Important**...If you submitted this complaint on behalf of someone else or you
on the account and you did not submit the complaint yourself you will need t
for questions and status updates. Only the primary owner of the account will

1 Complaint submitted  >  2 Review and route  >  3 Company response  >

**Summary of your complaint**

Complaint number: 181127-3654897
Date submitted to CFPB: 11/27/2018
Date sent to company: 12/01/2018
Product: Credit reporting, credit repair services, or other personal consumer
Issue: Incorrect information on your report

Upgrade to Office
365 with premium
Outlook features

**Provide Feedback on the company's response**

FROM:

Ron Washington
1492 Mutual Dr
Clarksville TN 37042





7018 1830 0000 1627 6534

1000

37203

U.S. POSTAGE PA
FCM LG ENV
CLARKSVILLE, TN
37040
FEB 08, 19
AMOUNT
**$8.05**
R2304N118400-14

RETURN RECEIPT
REQUESTED

TO:

THE PRENTICE HALL Corporation System, INC
2908 Poston Ave
Nashville TN 37203

RETURN RECEIPT
REQUESTED