# IN THE GENERAL SESSIONS COURT OF MONTGOMERY COUNTY TENNESSEE

RON WASHINGTON,                          )
                                         )
                    Plaintiff,           )      Case No. GS2019-CV-149
                                         )
v.                                       )
                                         )
EQUIFAX,                                 )
                                         )
                    Defendant.           )

## NOTICE TO STATE COURT OF REMOVAL

Defendant, Equifax Information Services LLC, ("Equifax"), incorrectly identified as Equifax, by Counsel, filed a Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Tennessee on February 15, 2019. A copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court for the Middle District of Florida, together with the filing of that Notice with the Clerk of this Court, effects the removal of the above-styled action to the United States District Court, and this Court may proceed no further unless and until the case is remanded.

Respectfully submitted this 15th day of February 2019.

EQUIFAX INFORMATION SERVICES LLC

_Katy C. Laster_

Katy C. Laster (#026760)
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Tel: 901-525-6781
Fax: 901-374-7548
Email: klaster@evanspetree.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2019, I filed the foregoing with the

Clerk of Court via facsimile at 931-648-5729, and a true and correct copy of saved was served on

the Plaintiff via U.S. Mail at:

Ron Washington
1492 Mutual Dr.
Clarksville, TN 37042

By: _Katy C. Laster_
Katy C. Laster