# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RON WASHINGTON, | ) |
| Plaintiff, | ) Case No. 3:19-cv-00154 |
| v. | ) |
| EQUIFAX, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS

Defendant Equifax Information Services LLC's Motion to Dismiss is **GRANTED**. The case is **DISMISSED** with prejudice.

SO ORDERED, this ____ day of _____, 2019.

_____
HON. WILLIAM L. CAMPBELL, JR.
DISTRICT COURT JUDGE