**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| RON WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-cv-00154 |
| | ) | Judge William L. Campbell, Jr. |
| v. | ) | |
| | ) | |
| EQUIFAX, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Equifax Information Services LLC ("Equifax"), incorrectly identified in the Complaint simply as "Equifax," pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment on Plaintiff Ron Washington's claim against it under section 609 of the FCRA, 15 U.S.C. § 1681g. Equifax is entitled to summary judgment because Mr. Washington cannot establish all elements of his claim, there is no genuine dispute as to any material fact, and Equifax is entitled to judgment as a matter of law.

In support of this motion, Equifax relies upon its Memorandum of Law, the declaration of its employee, Margaret Leslie, and all pleadings and other documents of record in this case. For the reasons set forth more fully in its accompanying Memorandum of Law, Equifax requests that its motion be granted.

WHEREFORE, Equifax respectfully requests that the Court grant its Motion for Summary Judgment.

1

Respectfully submitted this 3rd day of February, 2020.

EQUIFAX INFORMATION SERVICES LLC

*/s/ Theodore Roethke*
Theodore Roethke
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
(404) 572-4600
Email: troethke@kslaw.com

John D. Willet
Evans Petree, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-8700
Fax: (901) 525-3569
Email: jwillet@evanspetree.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of February 2020, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, and via U.S. Mail to:

Ron Washington
1492 Mutual Dr.
Clarksville, TN 37042

/s/ Theodore Roethke
Theodore Roethke

3