# Field Definitions

## Base Segment

| FIELD | FIELD NAME & DESCRIPTION | 426 Character Format | | |
|---|---|---|---|---|
| | | Length | Position | Recording Technique |
| 5 | **Identification Number**<br><br>Used to uniquely identify a data furnisher. Report your internal code to identify ██████████████████████<br>███████████████████████████████<br>███████████████<br><br>This number must ████████████████████<br>████████████████████████████████<br>██████████████<br><br>███████████████████████████████<br>█████████████████<br>████████████████████████ | 20 | 21-40 | AN |
| 6 | **Cycle Identifier**<br><br>Report the internal cycle code for this account. Field is required if reporting by cycles; otherwise blank fill. | 2 | 41-42 | AN |
| 7 | **Consumer Account Number**<br><br>Report the individual's complete and unique account number as extracted from your file. Do not include ████████<br>█████████████████<br><br>███████████████████████████████<br>████████████████████████<br><br>██████████████████████████████ methods for security purposes are permitted. ███████████<br>████████████████████████ | 30 | 43-72 | AN |

*Copyright 2019 © Consumer Data Industry Association*

Case 3:19-cv-00154    Document 26-2    Filed 02/03/20    Page 1 of 1 PageID #: 158

EIS-WASHINGTON-000327