# Consumer Collection Samples

| | | |
|---|---|---|
| **Data Provider:** | ███████ | |
| **Data Provider ID:** | MONTEREY COLLECTION SERV M2 | |
| **Customer ID:** | ███████ | |

| | |
|---|---|
| **Job Number:** | 3102607 |
| **Job Login Date:** | 06/04/2019 |
| **Sample Job:** | 619257 |

**Record #:** 010000082463    **Job#:** 3102607    **Segment Origin** BASE

**Account Numbers**

  Account Number ███8078

**Member Number:** ███████

**Processing Flags**
  Update Same Date Reported

**Consumer Data**

| | |
|---|---|
| Last Name | WASHINGTON |
| First Name | RON |
| SSN | ███████ |
| Street Number | 1492 |
| Street Name | MUTUAL |
| Street Type | DR |
| City | CLARKSVILLE |
| State | TN |
| Zip Code | 37042 |
| Date of Birth | ███████ |

**Monetary Fields**

| | |
|---|---|
| Balance | $2,815 |
| Collection Amount | $1,213 |

**Date Fields**

| | |
|---|---|
| Date Reported | 05/31/2019 |
| Collection Date | 06/08/2017 |
| Purge Key | 10/15/2016 |

**Account Descriptors**

| | |
|---|---|
| ECOA | I |
| Status | D |
| Creditor Class | 12 |
| Original Creditor | JUST MILITARY LOANS |

Internal Use Only

**Input Record**

| | |
|---|---|
| Char | 18901053120190101010398 1153        11██████8078          I480608201700000000000000121 |
| Zone | 33333333333333333333333333322222222222222333333333332222222222222222222222224333333333333333333333333 |
| Number | 18901053120190101010398115300000000000000011██████8078000000000000000000000009480608201700000000000121 |

| | |
|---|---|
| Char | 3001M000001213       93 DDGGGGDGGGGGGGGGGGGGGGGBB    000002815000002815        0531201910152016000 |
| Zone | 33334333333332222222222332444444444444444444444444422223333333333333333322222222233333333333333333333 |
| Number | 3001D0000012130000000009304477774777777777777777772000000000281500000281500000000005312019101520 16000 |

| | |
|---|---|
| Char | 00000                  WASHINGTON         RON                          █████ |
| Zone | 33333222222222222222222222222254544445442222222222222544222222222222222222222222222222222222222222333 |
| Number | 00000000000000000000000000000000071389E74FE0000000000000002FE0000000000000000000000000000000000000███ |

Case 3:19-cv-00154    Document 26-3    Filed 02/03/20    Page 1 of 3 PageID #: 159    EIS-WASHINGTON-000324

# Consumer Collection Samples

| | | | |
|---|---|---|---|
| **Data Provider:** | V00003863C | **Job Number:** | 3102607 |
| **Data Provider ID:** | MONTEREY COLLECTION SERV M2 | **Job Login Date:** | 06/04/2019 |
| **Customer ID:** | C00071527C | **Sample Job:** | 619257 |
| **Customer Name:** | MONTEREY COLLECTION SERVICES | | |

Internal Use Only

```
Char                        93164784631  US1492 MUTUAL DR                                                                          CLARKSV
Zone   3333333333333333333333333225533332455544245222222222222222222222222222222222222222222222222222222224445455
Number              93164784631005314920D5451C0420000000000000000000000000000000000000000000000000000003C12B36

Char   ILLE        TN37042      J2
Zone   4444222222222543333322222243222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 9CC50000000004E37042000000A200000000000000000000000000000000000000000000000000000000000000000000000000000

Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                                 J2
Zone   2222222222222222222222222243222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000A2000000000000000000000000000000000000000000000000000000000000000000000000000000

Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                                 J2
Zone   2222222222222222222222222243222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000A2000000000000000000000000000000000000000000000000000000000000000000000000000000

Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                                 J2
Zone   2222222222222222222222222243222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000A2000000000000000000000000000000000000000000000000000000000000000000000000000000

Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                                 J2
Zone   2222222222222222222222222243222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000A2000000000000000000000000000000000000000000000000000000000000000000000000000000
```

Case 3:19-cv-00154   Document 26-3   Filed 02/03/20   Page 2 of 3 PageID #: 160   EIS-WASHINGTON-000325

| | | | |
|---|---|---|---|
| **Data Provider:** | V00003863C | **Job Number:** | 3102607 |
| **Data Provider ID:** | MONTEREY COLLECTION SERV M2 | **Job Login Date:** | 06/04/2019 |
| **Customer ID:** | C00071527C | **Sample Job:** | 619257 |
| **Customer Name:** | MONTEREY COLLECTION SERVICES | | |

```
Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                           J2
Zone   2222222222222222222222224322222222222222222222222222222222222222222222222222222222222222
Number 00000000000000000000000A2000000000000000000000000000000000000000000000000000000000000000

Char
Zone   2222222222222222222222222222222222222222222222222222222222222222222222222222222222222222
Number 0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000

Char                         K1Just Military Loans       12K4                        L1
Zone   222222222222222222222222434777246667677246667222222222223343222222222222222222224322222222
Number 000000000000000000000000B1A5340D9C941290CF1E3000000000000012B40000000000000000000C100000000

Char                           N1
Zone   2222222222222222222222222222222222222222224322222222222222222222222222222222222222222222
Number 000000000000000000000000000000000000000000E100000000000000000000000000000000000000000000

Char
Zone   22222222222222222222222222222222222222222222222222222222222222222222222222222222222200
Number 000000000000000000000000000000000000000000000000000000000000000000000000000000000000D0
```

Case 3:19-cv-00154   Document 26-3   Filed 02/03/20   Page 3 of 3 PageID #: 161   EIS-WASHINGTON-000326