IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RON WASHINGTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00154 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| EQUIFAX, | ) | MAGISTRATE JUDGE |
| | ) | FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 39) recommending Defendant's Motion for Summary Judgment (Doc. No. 25) be **GRANTED** and that this matter be **DISMISSED** with prejudice.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 39 at 14). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 39) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED and this action is **DISMISSED WITH PREJUDICE**.

This Order shall constitute final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE